ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Ball Aerospace & Technologies Corp. ) ASBCA Nos. 58775, 58776
)
Under Contract Nos. FA8818-06-D-0002 )
FA9451-04-D-0210 )

APPEARANCE FOR THE APPELLANT: Thomas A. Lemmer, Esq.
McKenna Long & Aldridge LLP
Denver, CO

APPEARANCES FOR THE GOVERNMENT: E. Michael Chiaparas, Esq.
DCMA Chief Trial Attorney
Douglas R. Jacobson, Esq.
Trial Attorney
Defense Contract Management Agency
Bloomington, MN

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 7 April 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58775, 58776, Appeals of Ball Aerospace & Technologies Corp., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals